Claude Wilson<claudewilson074@gmail.com>

Peninsula Printing

CLAUDE OWEN WILSON

226 Beach Channel 101 Street

Rockaway Park, NY 11694

(804) 842-7147

claudewilson074@gmail.com

Pro Se Plaintiff

May 18, 2026

BY HAND DELIVERY

Pro Se Intake Unit

United States District Court

Southern District of New York

Daniel Patrick Moynihan U.S. Courthouse

500 Pearl Street, Room 200

New York, NY 10007

Re: Claude Owen Wilson v. Deutsche Bank Trust Company Americas, Case No. 1:25-cv-06818 (VSB)

Letter-Motion Requesting Status Update on Pending Motion to Dismiss

Dear Judge Broderick:

I write respectfully as the pro se Plaintiff in the above-captioned matter to request a status update regarding the Defendant's pending Motion to Dismiss (ECF No. 21).

The Motion to Dismiss has been fully briefed and ripe for adjudication since November 10, 2025. Plaintiff respectfully submits this letter to inquire as to the status of the motion and to request that the matter move forward.

In accordance with standard practice and local custom, Plaintiff contacted counsel for the Defendant via email on May 15, 2026, to request their cooperation in submitting a Joint Status Letter to the Court. On May 15, 2026, counsel for the Defendant declined to participate, stating they found no explicit directive in Your Honor's Individual Rules requiring a joint status report at this stage. Accordingly, Plaintiff is submitting this status update individually to ensure the Court is apprised of the matter.

Thank you for your time, consideration, and continued attention to this case.

Respectfully submitted,

Claude Owen Wilson

Claude Owen Wilson

Pro Se Plaintiff

cc: Counsel of Record (via ECF)

RECEIVED
SDNY PRO SE OFFICE
2026 MAY 18 PM 2: 26

Defendant's motion to dismiss is fully briefed and a decision will issue in due course.

Vernon S. Broderick
United States District Judge    6/8/2026

 Outlook

---

**Fwd: Status Letter**

---

From Claude Wilson <claudewilson074@gmail.com>

Date Mon 5/18/2026 12:00 PM

To    Peninsula Printing <PR-STP@queenslibrary.org>

*TRUE and CORRECT COPY Claude Wilson*

---------- Forwarded message ---------
From: **Fay, Peter M.** <peter.fay@morganlewis.com>
Date: Mon, May 18, 2026, 10:49 AM
Subject: RE: Status Letter
To: Claude Wilson <claudewilson074@gmail.com>

Mr. Wilson,

Thank you for your email.

I write on behalf of Defendant Deutsche Bank Trust Company Americas.  We have reviewed Judge Broderick's Individual Rules and Practices and do not believe a joint status update is required at this time.  Accordingly, Defendant respectfully declines to join your proposed letter.

If you write to the Court, we respectfully request that you make clear to the Court that the content of the letter is purely your own and that Defendant did not participate because no joint status letter was requested by the Court or required under the Court's rules.

Best,

Peter

**Peter M. Fay**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6345 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

peter.fay@morganlewis.com | www.morganlewis.com



    

**From:** Claude Wilson <claudewilson074@gmail.com>
**Sent:** Friday, May 15, 2026 8:33 AM
**To:** Fay, Peter M. <peter.fay@morganlewis.com>
**Subject:** Status Letter


[EXTERNAL EMAIL]

To: mkraut@morganlewis.com; anna.goldenhersh@morganlewis.com; peter.fay@morganlewis.com

Subject: Meet and Confer: Joint Status Letter - Wilson v. Deutsche Bank (1:25-cv-06818-VSB-HJR)

Dear Counsel,

I am writing regarding the above-referenced matter. Now that the Motion to Dismiss (Doc. 21) is fully briefed, I am preparing a status letter for Judge Broderick to update the Court on the posture of the case.

Pursuant to Judge Broderick's Individual Rule 2(C), I would like to coordinate a Joint Status Letter. Attached is a draft I have prepared for your review.

Please let me know if you have any additions or if you would like to sign on to this version. I wish to hear back from you regarding this joint filing by May 20, 2026, at 6:00 p.m.

If I do not hear from you by that time, I will proceed with filing the status letter independently and will include a statement to the Court regarding my attempt to coordinate this as a joint submission.

Best regards,

Claude Owen Wilson

Plaintiff Pro Se


Please find enclosed copy of ' Joint Status Letter '


Claude Owen Wilson

154-71 Brookville Blvd