UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CLAUDE OWEN WILSON, Plaintiff, | : | 25-CV-6818 (VSB) |
| - against - | : | **ORDER** |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, Defendant. | : | |

VERNON S. BRODERICK, United States District Judge:

On October 14, 2023, pro se Plaintiff Claude Owen Wilson ("Plaintiff") filed a motion for leave to file an amended complaint seeking to drop claims against Defendant Deutsche Bank Trust Company Americas ("Deutsche Bank"), and add T-Mobile USA, Inc., d/b/a Metro by T-Mobile as a Defendant. (Doc. 29.)

Pursuant to Federal Rules of Civil Procedure 15(a)(1), "[a] party may amend its pleading as a matter of course within 21 after serving it, or if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f) whichever is earlier." Because Deutsche Bank has filed a motion to dismiss, (Doc. 16), Plaintiff may only amend the complaint with the court's leave, which should be freely given "when justice so requires." *Otegbade v. New York City Admin. for Child. Servs.*, No. 12-CV-6298, 2015 WL 851631, at *2 (S.D.N.Y. Feb. 27, 2015). Deutsche Bank has indicated that it does not oppose Plaintiff's motion. (Doc. 16.) I also do not find that the amendment would cause any prejudice or undue delay. Accordingly, it is hereby:

ORDERED that Defendant's motion to dismiss is DENIED as moot and Plaintiff's motion for leave to file an amended complaint is GRANTED. Plaintiff shall file an amended complaint labeled "AMENDED COMPLAINT" by November 6, 2026. This amended complaint will completely supersede and replace Plaintiff's initial complaint such that Plaintiff is not permitted to rely on his prior complaint—the amended complaint must stand on its own merit, without regard to the prior complaint.

The Clerk of the Court is respectfully directed to terminate Documents 16 and 29.

SO ORDERED.

Dated: October 16, 2026
New York, New York

Vernon S. Broderick
United States District Judge