UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDE OWEN WILSON,<br>Plaintiff,<br>- against -<br>DEUTSCHE BANK TRUST COMPANY AMERICAS,<br>Defendant. | 25-CV-6818 (VSB)<br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

On October 16, 2026, I granted pro se Plaintiff Claude Owen Wilson ("Plaintiff") leave to file an amended complaint by November 6, 2026. (Doc. 31.) It is hereby:

ORDERED that Plaintiff's amended complaint shall state the basis for federal jurisdiction.

IT IS FURTHER ORDERED that Plaintiff's amended complaint shall also articulate the specific purported causes of action he is bringing against T-Mobile USA, Inc., d/b/a Metro by T-Mobile ("T-Mobile") and the relief he seeks.

Failure to comply with my prior order, (Doc. 31) and this Order may result in the dismissal of Plaintiff's amended complaint.

SO ORDERED.

Dated: October 26, 2026
New York, New York

Vernon S. Broderick
United States District Judge