UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

CLAUDE OWEN WILSON,

Plaintiff,

- against -

DEUTSCHE BANK TRUST COMPANY AMERICAS,

Defendant.

---------------------------------------------------------X

25-CV-6818 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On October 14, 2026, Plaintiff Clause Owen Wilson, ("Plaintiff") filed a motion for leave to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). (Doc. 29.) In doing so, Plaintiff moved to "substitute T-Mobile USA, Inc. d/b/a Metro by T-Mobile" as the defendant in this action. (*Id.* at 1.) On October 16, 2026, defendant Deustche Bank Trust Company Americas, ("DBTCA") indicated its consent to Plaintiff's motion for leave to file an amended complaint. (Doc. 30.)

On October 16, 2026, I granted Plaintiff leave to file an amended complaint dropping his claims against DBTCA and adding T-Mobile USA, Inc. d/b/a Metro by T-Mobile as the defendant, and declared that Plaintiff's amended complaint must "supersede and replace Plaintiff's initial complaint such that Plaintiff is not permitted to rely on his prior complaint—the amended complaint must stand on its own merit, without regard to the prior complaint." (Doc. 31 at 1–2.) I also informed Plaintiff that his amended complaint must "state the basis for federal jurisdiction" and "articulate the specific purported causes of action he is bringing against T-Mobile USA, Inc. d/b/a Metro by T-Mobile." (Doc. 33.) On October 24, 2026, Plaintiff filed his

Amended Complaint, which removed DBTCA and added T-Mobile USA, Inc. d/b/a Metro by T-Mobile as the sole defendant. (Doc. 34.)

The Clerk of the Court is respectfully directed to amend the docket to remove "Deustche Bank Trust Company Americas" and add "T-Mobile USA, Inc. d/b/a Metro by T-Mobile" as the defendant in this action.

SO ORDERED.

Dated: November 16, 2026
New York, New York

Vernon S. Broderick
United States District Judge